BERNARD LEIBOWITZ and Others v. ROMMAS REALTY CORPORATION and

Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.